918

No. 80–1173.   J. F. HOFF ELECTRIC CO. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. D. C. Cir.   Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.   Certiorari denied.